UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| STEVEN I. DUKE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:18-CV-375-HSM-HBG |
| KROGER LIMITED PARTNERSHIP I, d/b/a THE KROGER COMPANY, | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Unopposed Motion to Amend the Style of the Complaint and Complaint to Correct Name of the Defendant; and Motion for Said for Amendment to be Deemed to Relate Back to the Date of the Original Pleading; and Motion for Leave to File an Amended and Restated Complaint to Reflect Said Amendment ("Motion to Amend") [Doc. 14]. Specifically, Plaintiff seeks leave to amend the style of the case and paragraph 2 to state the correct name of Defendant by deleting "Kroger Limited Partnership, d/b/a The Kroger Company" and replacing it with "Kroger Limited Partnership I." Plaintiff requests that the amendment relate back to the date of the original filing of the Complaint pursuant to Federal Rule of Civil Procedure 15(c). Plaintiff states that Defendant does not oppose the amendment. Finally, the Court observes that Plaintiff filed his proposed Amended and Restated Complaint as an exhibit [Doc. 14-1] to his Motion in accordance with Local Rule 15.1.

The Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15,

and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1.  In addition, Defendant does not oppose the amendment  Accordingly, Plaintiff's Motion to Amend [**Doc. 14**] is **GRANTED**.  Plaintiff **SHALL FILE** his Amended and Restated Complaint [Doc. 14-1] as his operative pleading in CM/ECF on or before **December 12, 2018.**

    **IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge